**Order entered July 26, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00032-CV

**E-SYSTEMS CORPORATION, RONALD FINLAYSON,
AND DAVID ZISSKIND, Appellants**

**V.**

**LIQUID CAPITAL EXCHANGE, INC., Appellee**

**On Appeal from the 14th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-16-16142**

## ORDER

Appellant David Zisskind has filed a notice of bankruptcy stating that he is the subject of a bankruptcy proceeding in the United States Bankruptcy Court. This automatically suspends further action in this appeal. *See* TEX. R. APP. P. 8.2.

Accordingly, we **ABATE** this appeal. It may be reinstated on prompt motion by any party complying with Rule 8.3 and specifying what further action, if any, is required from this Court. *See* TEX. R. APP. P. 8.3.

/s/    DAVID EVANS
        JUSTICE